AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  3:22-MJ-77-MGG |
| IAN ROSS HORVATH ) | |
| ) | Charging District's |
| *Defendant* ) | Case No.  22-mj-167 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of  Columbia ,

*(if applicable)* _____ division. The defendant may need an interpreter for this language:

   not applicable            .

The defendant:   ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant was released after the initial appearance.

**IT IS ORDERED:** The defendant is released from custody and ordered to appear either in person or virtually for a hearing scheduled for August 31, 2022, at 1:00 P.M. in the United States District Court for the District of Columbia.

Date:    08/17/2022

s/Michael G. Gotsch, Sr.

*Judge's signature*

Michael G. Gotsch, Sr., United States Magistrate Judge

*Printed name and title*